

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| EL PASO WATER UTILITIES SYSTEM-PUBLIC SERVICE BOARD and THE CITY OF EL PASO, TEXAS, | § | No. 08-23-00071-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| ARYAN MARIVANI, | § | (TC# 2022DCV1432) |
| Appellee. | | |

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellants' plea to the jurisdiction and motion to dismiss. We render judgment on behalf of Appellants.

We further order that Appellants recover from Appellee the appellate costs incurred by Appellants and all costs incurred in the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.